UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORREN KEITH STRICKLAND, | Case No. 1:26-cv-00266-FJS |
| Plaintiff, | ORDER GRANTING PARTIES' STIPULATION FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from May 11, 2026, up to and including July 14, 2026.  This is Defendant's first request for an extension.

Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion.  The undersigned currently has 24 assigned cases as well as planned leave and responsibility for handling fee matters.  Thus, it would be disingenuous for the undersigned to assert that she could adequately respond to Plaintiff's arguments without the requested extension of time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//

Respectfully submitted,

Dated: May 12, 2026

/s/ *Francesco Benavides\**
*as authorized by e-mail
FRANCESCO BENAVIDES
Attorney for Plaintiff

Dated: May 12, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:   /s/ *Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT HEREBY ORDERED that Defendant shall have an extension, up to and including July 14, 2026, to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **May 12, 2026**

_____
UNITED STATES MAGISTRATE JUDGE