UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORREN STRICKLIND,<br><br>      Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Civil No. 1:26-CV-00266-FJS<br><br><br>ORDER GRANTING THE PARTIES'<br>STIPULATED MOTION TO REMAND<br><br>(ECF No. 19) |

Based on the stipulation of the parties (ECF No. 19), it is ordered that the Commissioner's decision be reversed and remanded to the Commissioner of Social Security for further administrative proceedings and a new decision pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, IT IS ORDERED that:

1.      The clerk of the court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner;

2.      In light of the parties' stipulation to remand, the clerk of court is directed to terminate as no longer pending Plaintiff's motion for summary judgment (ECF No. 11); and

3.      The clerk of the court is directed to terminate as moot the parties' duplicative stipulation to remand (ECF No. 15).

IT IS SO ORDERED.

Dated:    **June 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE